# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-5220

September Term, 2024

1:16-cv-01460-APM

**Filed On:** March 26, 2025

Cigar Association of America, et al.,

      Appellees

      v.

United States Food and Drug Administration,
et al.,

      Appellants

**BEFORE:**     Millett and Pan, Circuit Judges; and Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of appellees' petition for panel rehearing filed March 10, 2025, it is

**ORDERED** that the petition be granted in part. It is

**FURTHER ORDERED** that the opinion issued January 24, 2025, be amended as follows:

    (1) Slip Op., p. 15, ¶ 2, line 4: Delete: "Accordingly, we reverse and remand" and

Insert in lieu thereof: "Accordingly, we affirm in part, reverse in part, and remand"

    (2) Slip Op., p. 15, ¶ 2, line 13: Delete: "So ordered." and

Insert in lieu thereof: "Affirmed in part, reversed in part, and remanded."

The Clerk is directed to issue the amended opinion and to amend the judgment issued January 24, 2025.

### Per Curiam

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:    /s/
                 Daniel J. Reidy
                 Deputy Clerk